BEFORE THE THIRD DIVISION, SEPTEMBER 21, 1961

**No. 66086.**—Guy B. Barham Co. and A. E. Shahan Co. *v.* United States, protest 59/29132 (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiffs was sustained.